

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-20561-CR-ALTMAN/REID**
CASE NO. _____

8 U.S.C. § 1324(a)(1)(A)(iv) and (v)(II)
8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(2)(B)(ii)
8 U.S.C. § 1326(a) and (b)(2)
8 U.S.C. § 1327
18 U.S.C. § 922(g)(5)(A)
18 U.S.C. § 924(d)(1)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA

vs.

DAKOTA COLLIE,
PATRICK DASWELL STEWART, and
COLIN SHENOR PERCIVAL DAVIS,

   **Defendants.**
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Encourage and Induce Aliens to Enter the United States**
(8 U.S.C. § 1324(a)(1)(A)(v)(I))

From an unknown date to the Grand Jury, up to and including October 24, 2021, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Miami-Dade County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**DAKOTA COLLIE,**

did knowingly and willfully conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv); all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

## COUNTS 2-45
### Encouraging and Inducing an Alien to Enter the United States
### (8 U.S.C. § 1324(a)(1)(A)(iv))

On or about October 24, 2021, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Miami-Dade County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**DAKOTA COLLIE,**

did knowingly encourage and induce an alien, as set forth in Counts 2 through 45 below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law:

| Count | Alien |
|:---:|:---:|
| 2 | F.Y.Y. |
| 3 | D.A.H.H. |
| 4 | D.A.P.M. |
| 5 | J.F.M.P. |
| 6 | Y.A.J.E |
| 7 | J.N.M. |
| 8 | C.M. |
| 9 | T.G.H. |
| 10 | J.A.M.M. |

| Count | Alien |
|---|---|
| 11 | J.F.V.A. |
| 12 | R.E.R.L. |
| 13 | L.L. |
| 14 | C.A.G.T. |
| 15 | I.R. |
| 16 | C.C.I. |
| 17 | Colin Shenor Percival Davis |
| 18 | C.T. |
| 19 | I.A. |
| 20 | R.A.J. |
| 21 | Patrick Daswell Stewart |
| 22 | J.V. |
| 23 | D.F. |
| 24 | C.J.R.T. |
| 25 | J.P. |
| 26 | I.M. |
| 27 | D.H.T.T. |
| 28 | E.D.J.T.P. |
| 29 | Y.A.O.A. |
| 30 | N.R.J. |
| 31 | S.S. |
| 32 | L.J. |
| 33 | T.E. |
| 34 | E.J.T.M. |
| 35 | A.N.R.T. |
| 36 | E.J. |
| 37 | B.R. |
| 38 | T.J. |

| Count | Alien |
|---|---|
| 39 | M.J. |
| 40 | L.D.C.C. |
| 41 | K.L.G.P |
| 42 | B.M.P.S. |
| 43 | Y.M.P. |
| 44 | D.P. |
| 45 | V.P.T.M. |

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II), and Title 18, United States Code, Section 2.

## COUNT 46
### Bringing Aliens to the United States for Commercial and Private Financial Gain
### (8 U.S.C. § 1324(a)(2)(B)(ii))

On or about October 24, 2021, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Miami-Dade County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**DAKOTA COLLIE,**

did knowingly bring and attempt to bring aliens to the United States for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which might later be taken with respect to such aliens, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

## COUNT 47
## Possession of a Firearm by an Illegal Alien
## (18 U.S.C. § 922(g)(5)(A))

On or about October 24, 2021, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Miami-Dade County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

### DAKOTA COLLIE

being an alien who was illegally and unlawfully in the United States, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5)(A).

## COUNT 48
## Aiding or Assisting Certain Aliens to Enter
## (8 U.S.C. § 1327)

On or about October 24, 2021, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Miami-Dade County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

### DAKOTA COLLIE,

did knowingly aid and assist an alien, Colin Shenor Percival Davis, whom he knew to be inadmissible, to enter the United States, said alien being inadmissible under Title 8, United States Code, Section 1182(a)(2), as an alien who had been convicted of an aggravated felony, in violation of Title 8, United States Code, Section 1327, and Title 18, United States Code, Section 2.

## COUNT 49
### Aiding or Assisting Certain Aliens to Enter
### (8 U.S.C. § 1327)

On or about October 24, 2021, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Miami-Dade County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**DAKOTA COLLIE,**

did knowingly aid and assist an alien, Patrick Daswell Stewart, whom he knew to be inadmissible, to enter the United States, said alien being inadmissible under Title 8, United States Code, Section 1182(a)(2), as an alien who had been convicted of an aggravated felony, in violation of Title 8, United States Code, Section 1327, and Title 18, United States Code, Section 2.

## COUNT 50
### Illegal Reentry of a Removed Alien
### (8 U.S.C. § 1326(a) and (b)(2))

On or about October 24, 2021, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Miami-Dade County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**PATRICK DASWELL STEWART,**

an alien, having previously been removed and deported from the United States on or about June 11, 2004, did enter and attempt to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

## COUNT 51
### Illegal Reentry of a Removed Alien
### (8 U.S.C. § 1326(a) and (b)(2))

On or about October 24, 2021, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Miami-Dade County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**COLIN SHENOR PERCIVAL DAVIS,**

an alien, having previously been removed and deported from the United States on or about July 1, 2011, did enter and attempt to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **DAKOTA COLLIE**, has an interest.

2. Upon conviction of a violation of Title 8, United States Code, Section 1324, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6), the following:

    (a) any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

    (b) any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

(c) any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

3. Upon conviction of a violation of Title 8, United States Code, Section 1327, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), any proceeds, real or personal, which constitutes or is derived from proceeds traceable to such violation.

4. Upon conviction of a violation of Title 18, United States Code, Section 922(g)(5)(A), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm and ammunition involved in or used in the commission of such violation.

5. The property, which is subject to criminal forfeiture includes, but is not limited to, the following: One (1) 47-foot white Searay pleasure craft, bearing Bahamas registration number DL708AC, and the name "TOO INNOCENT," to include all equipment, inventory, and personal effects seized along with the vessel on or about October 24, 2021.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(6) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
DANIEL CAHILL
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Dakota Collie, et al.,

          Defendants.  /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division:** (Select One)

- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect _____
4. This case will take __2-3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

    (Check only one)
    - I  0 to 5 days  [✓]
    - II  6 to 10 days  [ ]
    - III  11 to 20 days  [ ]
    - IV  21 to 60 days  [ ]
    - V  61 days and over  [ ]

    (Check only one)
    - Petty  [ ]
    - Minor  [ ]
    - Misdemeanor  [ ]
    - Felony  [✓]

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of  October 24, 2021
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No)  No
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No)  No
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No)  No

                                            */s/ Daniel Cahill*

                                            Daniel Cahill

                                            Special Assistant United States Attorney

                                            Court ID No.     A5502753

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **DAKOTA COLLIE**

**Case No:** _____

Count #: 1

Conspiracy to Encourage and Induce an Alien to Enter, Come to, or Reside in the United States

Title 8, Section 1324(a)(1)(A)(v)(I)

* **Max. Penalty**: 10 years' imprisonment

Count #: 2-45

Encouraging and Inducing an Alien to Enter, Come to, or Reside in the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II)

***Max. Penalty:** 5 years' imprisonment

Count #: 46

Bringing an Alien into the United States for Commercial or Private Financial Gain

Title 8, United States Code, Section 1324(a)(2)(B)(ii)

***Max. Penalty:** 10 years' imprisonment, but not less than 3 years

Count #: 47

Possession of a Firearm by an Illegal Alien

Title 18, United States Code, Section 922(g)(5)(A)

***Max. Penalty:** 10 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

Count #: 48-49

Aiding and Assisting Certain Aliens to Enter the United States

Title 8, United States Code, Section 1327

**\*Max. Penalty:** 10 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** COLIN SHENOR PERCIVAL DAVIS

**Case No:**

Count #: 51

Illegal Reentry of a Removed Alien

Title 8, United States Code, Section 1326(a) and (b)(2)

* **Max. Penalty**: 20 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** PATRICK DASWELL STEWART

**Case No:** _____

Count #: 50

Illegal Reentry of a Removed Alien

Title 8, United States Code, Section 1326(a) and (b)(2)

* **Max. Penalty**: 20 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.